Waiver of Indictment  FRC:dp

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :   CRIMINAL NO. 19-48 |
| GEORGE PELTZ | : |

GEORGE PELTZ, the above named defendant, who is accused of 26 U.S.C. § 7201 (tax evasion – 1 count); 26 U.S.C. § 7202 (failing to pay over payroll taxes -- 1 count); 18 U.S.C. § 664 (theft from employee benefit plans -- 1 count); 29 U.S.C. § 186(a)(2) & (d)(2) (unlawful payments to a union official – 1 count) being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
GEORGE PELTZ
Defendant

_____
Witness

1/28/19
Date

_____
BARRY GROSS, ESQUIRE
JOSEPH A. RILLOTTA, ESQUIRE
Counsel for Defendant