## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **:**    **CRIMINAL CASE NO. 19-00048** |
| | **:** |
| **v.** | **:**    **Honorable Jeffrey L. Schmehl** |
| | **:** |
| **GEORGE PELTZ** | **:** |

_____

## <u>PROPOSED ORDER</u>

      **AND NOW**, this _____ day of _____, 2019, upon consideration of Defendant

George Peltz's Motion to Seal Sentencing Memorandum and Motion for Downward Variance and

the exhibits in support thereof, it is hereby **ORDERED** that Defendant's Motion is GRANTED.

The Defendant's Sentencing Memorandum and Motion for Downward Variance and the exhibits

in support thereof SHALL BE SEALED.


                    **BY THE COURT:**


                    _____

                    Honorable Jeffrey L. Schmehl

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO. 19-00048** |
| | : | |
| **v.** | : | **Honorable Jeffrey L. Schmehl** |
| | : | |
| **GEORGE PELTZ** | : | |

_____

**DEFENDANT GEORGE PELTZ'S MOTION TO SEAL SENTENCING
MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE AND THE
EXHIBITS IN SUPPORT THEREOF**

Defendant George Peltz, by and through his undersigned counsel, respectfully moves for an Order authorizing the sealing of his Sentencing Memorandum and Motion for Downward Variance and the exhibits in support thereof.  In support of this Motion, Mr. Peltz states as follows:

1.      Several character references have submitted letters to the Court in support of Mr. Peltz and his Sentencing Memorandum and Motion for Downward Variance.  Some of these letters tell very sensitive and personal stories that, if not sealed, would subject the individuals and their family members to undue exposure from the public.

2.      The Government has stated that it does not oppose the sealing of Mr. Peltz's Sentencing Memorandum and Motion for Downward Variance and the exhibits in support thereof.

WHEREFORE, for the reasons stated above, Mr. Peltz respectfully moves this Court for an Order sealing his Sentencing Memorandum and Motion for Downward Variance and the exhibits in support thereof.

Dated: May 13 , 2019

Respectfully submitted,

*/s/ Barry Gross*
Barry Gross
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996
Telephone:  (215) 988-2700
Facsimile:   (215) 988-2757
Barry.Gross@dbr.com

Joseph Rillotta (admitted *pro hac vice*)
DRINKER BIDDLE & REATH, LLP
1500 K Street, NW, Suite 1100
Washington, D.C. 20005
Telephone:  (202) 842-8800
Facsimile:   (202) 842-8465
Joseph.Rillotta@dbr.com

*Attorneys for Defendant George Peltz*

## **CERTIFICATE OF SERVICE**

I, Barry Gross, hereby certify that on this day I caused a true and correct copy of the foregoing George Peltz's Motion to Seal Sentencing Memorandum and Motion for Downward Variance and the exhibits in support thereof to be filed and served electronically by the Court's CM/ECF system upon all counsel of record in this action.


Dated:  May 13, 2019                    */s/ Barry Gross*_____
                                        Barry Gross